Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 12−33610−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas Foley | Michele Ann Foley |
| 800 Forest Ave., Apt. 8F | 779 Austin Street |
| Westfield, NJ 07090 | Westfield, NJ 07090 |

Social Security No.:
  xxx−xx−2353                               xxx−xx−9376

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 8, 2016</u>          <u>Vincent F. Papalia</u>
                                          Judge, United States Bankruptcy Court